# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kentrayle Adams

                                   Plaintiff,

v.                                                                                Case No.: 1:25−cv−02169

                                                                                 Honorable Edmond E. Chang

Board of Trustees of the University of Illinois, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: The Plaintiff's motion [22] to file status report instanter is granted. The Plaintiff must accomplish service by the deadline of 05/29/2025, see R. 20. The unserved Defendants are institutions that are readily served with summons. On the individual Defendant's motion [23] to dismiss, there is no statement of conferral, in violation of Judge Chang's standing order. The motion is terminated without prejudice to refiling after a conferral. At the same time, the Plaintiff should not waste time naming an individual defendant if there is no liability under the currently advanced statutes. The tracking status hearing of 05/09/2025 is reset 06/06/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file the joint initial status report by 05/30/2025 (or the Plaintiff shall file the report). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.