**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kentrayle Adams

Plaintiff,

v.

Case No.: 1:25−cv−02169
Honorable Edmond E. Chang

Board of Trustees of the University of Illinois, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 9, 2026:

MINUTE entry before the Honorable Edmond E. Chang: The Court has reviewed the Plaintiff's counsel's Statement of Explanation. It must be said that cumulative effects of mistaken citations by generative AI is an extraordinary burden on the court system. The mistakes are comprised not only of entirely hallucinated cases, but also purported quotations from real cases and purported holdings from real cases. The latter categories are actually worse on workload burden: on quotations, the Court checks for the quotation by reading the pinpoint page; when it is not there, then the Court checks the rest of the cited opinion, because perhaps the pinpoint page was wrong; and then to double−check, the Court modifies the quotations slightly, because perhaps the quotation has an innocent typographical error. For bogus holdings, it is even worse because no simple Ctrl−F find function can uncover the holding's absence from the opinion. Every minute of consumed time chasing phantoms is another minute that could have been devoted to addressing the actual merits of the case. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.